### PORTER *against* LANE.

THIS was an action of trespass *quare clausum fregit, et de bonis asportatis.* There was a verdict for the plaintiff for 45 dollars.

A motion was now made, in behalf of the defendant, that the costs taxed in his favour, be set off against the damages recovered by the plaintiff, the damages being under 50 dollars. The plaintiff was reputed to be insolvent.

*Per Curiam.* The case of *Spence* v. *White,* (1 *Johns. Cas.* 102.) is in point, and in favour of the motion. The plaintiff's attorney has a lien for his costs only on the net balance due, after the defendant's charges in that suit are deducted. The attorney acts upon the credit of his client, and his lien cannot interfere with the equitable arrangement between the parties. It is subject to the equitable claims of the parties. This is the principle sanctioned by the cases in 2 *Bos. & Pull.* 28. and 4 *Bos. & Pull.* 22. and which is the rule adopted by this court.

*Where the plaintiff in an action of trespass quare clausum fregit, &c. recovered less than 50 dollars damages; and the defendant recovered costs, the defendant's taxed costs were allowed to be set off against the damages recovered by the plaintiff, who was insolvent. The lien of the plaintiff for his costs, in this case, extends only to the balance due, after deducting the defendant's charges; and does not affect the equitable right of set-off between the parties.*

Motion granted.